IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICHARD JULIUS DONALDSON**                                                     **PLAINTIFF**
Reg. #16787-040

v.                            No: 2:21-cv-00034 LPR-PSH

**MERRICK GARLAND,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. 8), and the objections filed. After a careful and *de novo* review of the PFPR, the objection, and the entire record in this case, the Court concludes that the PFPR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Donaldson's Eighth Amendment *Bivens* claims against defendants Drs. Woodard and Tomar regarding the treatment of his shoulder injury will proceed; and

2. Donaldson's other claims are dismissed without prejudice. Of course, he may pursue nearly all of these unrelated claims by filing a separate lawsuit for each factually distinct claim.

Dated this 7th day of December 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE