IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICHARD JULIUS DONALDSON**                                                                 **PLAINTIFF**

v.                              Case No: 2:21-CV-00034-LPR-PSH

**MAHARAJ ALEJANDRO
TOMAR, et al.**                                                                                **DEFENDANTS**

**ORDER**

Plaintiff Richard Julius Donaldson filed a *pro se* complaint on April 13, 2021, while incarcerated at the Forrest City Medium Federal Correctional Institution.[1] In an initial Order, the Court notified Mr. Donaldson of his duty to promptly notify the Clerk and the parties of any change in his address.[2] The Court also warned Mr. Donaldson that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice.[3] On January 9, 2023, Mr. Donaldson notified the Court of his release from prison and provided an updated address.[4] On April 28, 2023, he provided another updated address.[5] On February 1, 2024, Mr. Donaldson requested more time to respond to a pending motion for summary judgment.[6] Although the Court granted his request, Mr. Donaldson did not file the response, and he has made no further filings in this case. Accordingly, on May 22, 2024, the Court entered a text order directing Mr. Donaldson to provide notice of his current mailing address within thirty days.[7]

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 2) at 1. The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.*

[4] Notice (Doc. 63).

[5] Notice (Doc. 71).

[6] Mot. for Extension of Time (Doc. 80).

[7] Order (Doc. 83). The Order was entered by Judge Harris.

1

      Mr. Donaldson has not complied with, or otherwise responded to, the Court's May 22nd Order, and the time for doing so has expired. Mr. Donaldson's Complaint is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. The Defendants' Motion for Summary Judgment (Doc. 73) is DENIED as moot.

      IT IS SO ORDERED this 28th day of June 2024.

                                                      LEE P. RUDOFSKY  
                                                      UNITED STATES DISTRICT JUDGE